**SO ORDERED: January 3, 2013.**



_____
**James K. Coachys
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM CARL LEONARD and | ) | Case No. 12-91128-JKC-13 |
| ANNA MARY LEONARD, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| WILLIAM CARL LEONARD and | ) | |
| ANNA MARY LEONARD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 12-59031 |
| | ) | |
| HALIFAX FINANCIAL GROUP, LP and , | ) | |
| the LAWRENCE COUNTY AUDITOR, | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

This matter comes before the Court on Plaintiffs/Debtors William Carl Leonard and Anna Mary Leonard's Motion for Summary Judgment against Defendant Halifax Financial Group, LLP. Consistent with the Findings of Fact and Conclusions of Law entered contemporaneously herewith,

the Court enters judgment in favor of Debtors and against Halifax. Debtors are hereby directed to file an amended Chapter 13 plan within 14 days of this Judgment that is consistent with the Court's Findings of Fact and Conclusions of Law.

###